370

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN CONWAY, Defendant-Appellant.

(No. 54148;

First District—January 7, 1971.

Opinion by Mr. JUSTICE DEMPSEY.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

PATRICIA ERNESTINE JOHNSON, Plaintiff-Appellee, *v.* DAVID JOHNSON, Defendant-Appellant.

(No. 54168;

First District—November 23, 1970.